# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| ZAKROFF AND ASSOCIATES, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiffs,<br><br>   v.<br><br>UNITED PARCEL SERVICE, INC., a Delaware Corporation; UNITED PARCEL SERVICE, INC., an Ohio Corporation; UNITED PARCEL SERVICE GENERAL SERVICES CO., a Delaware Corporation; and UNITED PARCEL SERVICE CO. d/b/a UNITED PARCEL SERVICE CO. (AIR), a Delaware Corporation,<br><br>                                    Defendants. | Civil Action Number:<br>1:10-CV-00997-RLV |

## NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF ZAKROFF AND ASSOCIATES

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), no responsive pleading to the Complaint having yet been filed, Plaintiff Zakroff and Associates hereby voluntarily dismisses this action.  As Plaintiff has not previously dismissed any federal – or state – court action based on or including the same claim, dismissal is without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(B).

1

Dated: April 7, 2010                                  Respectfully submitted,

    /s/ Martin D. Chitwood
Martin D. Chitwood
Georgia Bar No. 124950
Craig G. Harley
Georgia Bar No. 326813
Meryl W. Roper
Georgia Bar No. 238919
**CHITWOOD HARLEY HARNES LLP**
1230 Peachtree St NE
2300 Promenade II
Atlanta, Georgia  30309
Telephone: (404) 873-3900
Fax: (404) 876-4476
mchitwood@chitwoodlaw.com
charley@chitwoodlaw.com
mroper@chitwoodlaw.com


Thomas G. Shapiro
Edward F. Haber
Charles E. Tompkins
**SHAPIRO HABER & URMY LLP**
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Fax: (617) 439-3939
tshapiro@shulaw.com
ehaber@shulaw.com
ctompkins@shulaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) as of April 7, 2010.

/s/ Martin D. Chitwood
Martin D. Chitwood